## STATE v. ROBERT ADRIAN KOONCE.

### 249 N. W. 2d 467.

### January 7, 1977—No. 46256.

C. *Paul Jones,* State Public Defender, and *Rosalie E. Wahl,* Special Assistant Public Defender, for appellant.

*Warren Spannaus,* Attorney General, *William B. Randall,* County At-

torney, and *Steven C. DeCoster,* Assistant County Attorney, for respondent.

Considered and decided by the court without oral argument.

PER CURIAM.

Defendant was found guilty by a district court jury of charges of aggravated robbery, Minn. St. 609.245, and aggravated assault, Minn. St. 609.22, subd. 1, and was sentenced by the trial court to a maximum indeterminate term of 20 years in prison. On this appeal from judgment of conviction, defendant contends that (1) his warrantless arrest was not based on probable cause and that a subsequent lineup at which he was identified was tainted by this illegality, and (2) there was, as a matter of law, insufficient evidence identifying him as the assailant. We have considered both contentions and conclude that there is no merit to either of them.

Affirmed.